IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-10208-WEB |
| | ) | 09-1305 |
| BRIAN J. BUTTERS, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM AND ORDER

Before the court is the defendant's Motion for Extension (Doc. 85). The defendant previously filed a Motion to Vacate pursuant to 28 U.S.C. § 2255. The court ordered the defendant to supplement his motion with a factual basis and legal argument. The defendant was granted 60 days to supplement the motion.

The defendant now requests additional time to supplement his motion. The defendant is proceeding pro se. The court therefore grants the defendant's request for additional time. The defendant is granted an additional 30 days to supplement his motion.

IT IS SO ORDERED this 21st day of January, 2010.

   s/ Wesley E. Brown
Wesley E. Brown
United States Senior District Court Judge